# UNITED STATES DISTRICT COURT
для the
Middle District of Florida

Tampa Division

| | |
|---|---|
| Jason A Jensen | Case No. 8:2020 cv 173 T 33-TGW |
| *Plaintiff(s)* | |
| -v- | Jury Trial: ☒ Yes ☐ No |
| State of Florida et al,<br>Baycare Medical Group,<br>Circles of Care,<br>Rockledge Florida Police Department,<br>Pasco County Florida Sherriff's Department | |
| *Defendant(s)* | |

FILED 2020 JAN 23 PM 12:56 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA TAMPA, FLORIDA

## MOTION TO PROCEED IN FORMA PAUPERIS

JENSEN is going to break precedent here, and without stating actual amounts, to file for In Forma Pauperis is to initiate a "legal process", and Congress has forbidden the levy of Social Security Funds to "any legal process". Moreover, that same chapter of the Social Security Administration states no law that does not reference this Chapter can levy Social Security Funds. Furthermore, 28 U.S. Code § 1915 does not reference the Social Security Titles and Chapters. JENSEN requests to proceed Pro Se.

## PETITION FOR EMERGENCY PROTECTIVE ORDER



## Background

Mr. JENSEN was not a Professional at Law. JENSEN preferred consistent systems such as computing. At the height of JENSEN's career JENSEN was an Industrial Automation Engineer and worked, under contract, for some of the largest Corporations in the world on systems which controlled the entire factory. At one time JENSEN was trusted with safety systems in explosion class facilities with control of billions of dollars worth of hardware. JENSEN even interviewed with Intel and was once inside NASA on a project. That all changed the minute a psychiatrist diagnosed JENSEN bipolar in approximately 20 minutes. A lifetime of effort destroyed in an instant because it suited others. JENSEN is sure the $3000/day billed to be warehoused in a dump is no factor. It would have been better for JENSEN's mental state to stay at the Walldorf Astoria in New York for those costs. And there is no challenge nor due process in such a situation. If you have doubts, in Missouri, try to file Writ of Habeas Corpus with a rubber pencil because you were Civilly Committed and no help.

## Federal Question Brings Rise to this Court's Jurisdiction

On, or about, January 18th, 2020 I was "Baker Acted" in the State of Florida by Circles of Care at 400 E Sheridan Rd, Melbourne, FL 32901. From the Moment JENSEN got there, he demanded his Right to Writ of Habeas Corpus. See attached Exhibit JAJ-PET-1 signed by 3 other patients. I was finally given the phone after calling 911, stating that I was not allowed to file the Writ, which resulted in my phone privileges being suspended. See the Writ JENSEN did make January 20th, 2020 with Exhibit JAJ-DENIED-WoHC-1. To JENSEN's knowledge this Writ was never Filed with the Brevard County Circuit Probate Court and JENSEN never received a Notice of Hearing.

Latin for "that you have the body." In the US system, federal courts can use the Writ of Habeas Corpus to determine if a state's detention of a prisoner is valid. A writ of habeas corpus is used to bring a prisoner or other detainee (e.g. institutionalized mental patient) before the court to determine if the person's imprisonment or detention is lawful. A habeas petition proceeds as a civil action against the State agent (usually a warden) who holds the defendant in custody. It can also be used to examine any extradition processes used, the amount of bail, and the jurisdiction of the court. See, e.g. Knowles v. Mirzayance 556 U.S.___(2009), Felker v. Turpin

518 US 1051 (1996) and McCleskey v. Zant 499 US 467 (1991).

### Circles of Care's Behavior Mimics Baycare Medical Group

On February 26th JENSEN was also Baker Acted by Baycare Medical Group located at 8002 King Helie Blvd, New Port Richey, FL 34653. However, JENSEN has been died his Medical Records and a Copy of the Writ of Habeas Corpus he attempted to File there.

### Motion for access to Ambien under the Right to Try Act

The Trickett Wendler, Frank Mongiello, Jordan McLinn, and Matthew Bellina Right to Try Act of 2017 (S. 204, P.L. 115-176), which I cannot find the correct citation for at this moment, gives patients the Right to try when an "illness is terminal", which mental illness cannot cause a protected patient to die of the disease, the effects of such a disorder can sill be deadly. JENSEN cannot get Ambien and JENSEN needs it to regulate sleep. JENSEN prays for a method of getting up to 5 Ambien when his sleep cycles are dysregulated.

### Motion for Leave to File Amended Complaint

JENSEN prays this Court will accept this preliminary Complaint and Grant Leave to File an Amended Complaint.

### CONCLUSION

Wherefore, JENSEN respectfully moves this Court to grant an Emergency Protective Order against the State of Florida, Baycare Medical Group, Circles of Care, the Pasco County Florida Sherriff's Office, and the Rockledge Police Department restricting the Baker Act as applied to JENSEN until this matter can be adjudicated. JENSEN also prays for any other such relief this Court has Authority to Grant to Protect JENSEN's Wellbeing in the interim.

Respectfully Submitted,

*[signature: Jason Jensen]*

Jason A Jensen, Pro Se
6 Arrowhead Rd

Kimberling City, MO 65686
Phone: 402-598-1285

## CERTIFICATE OF SERVICE

I, Jason A Jensen, do state as follows: I am relying on the Court to Grant In Forma Pauperis and Serve the Parties with the United States Marshall's Office.

# Exhibit JAJ-PET-1

*Sgn petition !!* ~~o o o~~

## Notice of right to petition for
## WRIT OF HABEAS CORPUS
## or for
## Redress of Grievance

~~PLEASE BE ADVISED~~ that ~~you may~~ petition the Circuit Court for a Writ of Habeas Corpus to question the cause and legality of your detention. Fur~~thermore, a~~ petition ~~may~~ be filed in Circuit Court in ~~the~~ county ~~in which you are placed for~~ Redress of Grievances alleging that you are being unjustly denied a right or privilege or that an authorized procedure is being abused.

A Petition for Writ of Habeas Corpus and Redress of Grievance (~~CF-MH Form 3190~~) *is* ~~may be~~ used for this purpose. A petition must be signed by either you, your relatives, friend, guardian, guardian advocate, representative attorney or the Dept of Children and Families. *did not me* *my did not*

Staff of this facility ~~will~~ provide you with a copy of the Writ form to you immediately upon ~~your~~ request. Staff ~~will~~ assist *me* ~~you~~ in completing this Writ form ~~if you request such help~~. The Petition for a Writ will be submitted by the staff to the Circuit Court no later than the next working day after you submit the form.

*See Supreme Court Case # SC20-54 JASON JENSEN V FLORIDA et al.*

*Yeah right we stealing $3000.00/day*

G-9 017 4/05

× *Joselyn*

× *Richard Gardenpine*

× *Joshua Mounin*

× *Peter Davis*

× _____

× _____

× _____

# Exhibit JAJ-DENIED-WoHC-1

IN THE CIRCUIT COURT OF THE __EIGHTEENTH__ JUDICIAL CIRCUIT
IN AND FOR __BREVARD__ COUNTY, FLORIDA

IN RE: _____   CASE NO.: _____

__JASON A JENSEN__

Petitioner,

vs.

_____

Administrator,

_____

Facility Respondent.

### Petition for Writ of Habeas Corpus or for Redress of Grievances

1. This Court has jurisdiction pursuant to Section 394.459 (8), Florida Statutes.

2. Petition is being held by _____, (Administrator) in _____, (Facility), in __Melbourne__ (City), Florida.

3. [X] Petitioner believes that he/she is being deprived of her/his freedom for invalid and illegal reasons. Petitioner believes that her/his confinement is illegal because: __Acting strange or different is not probable cause to affirm I am dangerous to self or others or can't care for self "clearly & convincingly"__

and/or

4. [X] Petitioner believes that he/she is being unjustly denied a right or privilege or that a procedure authorized by law is being abused. Petitioner believes that he/she is being unjustly denied a right or privilege or that a procedure authorized by law is being abused because: __Took 2 days to file writ of habeus corpus; requests are denied. Can't have aspirin beca I revoked treatment consent__

5. Petitioner is unable to afford counseling and would like the Office of the Public Defender or other counseling to be appointed to represent her/him in the above captioned matter. ↑ provisionally - but I will represent myself unless disqualified by a judge

CONTINUED OVER

**Petition for Writ of Habeas Corpus or for Redress of Grievances** (Page 2)

WHEREFORE, Petitioner respectfully requests that this Court:

☐ ~~Appointment the office of Public Defender or other counsel to represent your Petitioner in these proceedings, and~~

☒ Enter an order setting a return hearing on this Petition for Writ of Habeas Corpus for respondent to show by what legal authority he/she holds petitioner, and/or

☒ Set a hearing for the purpose of a judicial inquiry into the allegations of this Petition for Redress of Grievances and for ordering a correction of abuse of rights or privileges granted under Chapter 394, Part I, F.S.

☒ I, HEREBY, Demand Emergency hearing on the matter.

I HEREBY CERTIFY that the above stated matters in the Petition for Writ of Habeas Corpus and Redress of Grievances are true and correct to the best of my information, knowledge, and belief.

_____     1/20/2020     2:10 ⓐm pm
Signature of Petitioner            Date (mm/dd/yyyy)     Time

JASON A JENSEN
Printed Name of Petitioner

There ☒ is or ☐ is not a petition for involuntary placement pending.

The patient ☐ is or ☒ is not currently represented by counsel.

Facilities must provide this form to any patient making a verbal request for access to the Court. The completed form must be filed with the Clerk of the Court no later than the next working day and a copy retained in the patient's clinical record. A copy of the completed Petition for Writ must be provided immediately to the patient and copies of the Petition provided to those listed blow, as applicable.

cc: check when applicable and initial/date/time when copy provided:

| Individual | Date Copy Provided (mm/dd/yyyy) | Time Copy Provided | Initials of Who Provided Copy |
|---|---|---|---|
| ☐ Patient | | am pm | |
| ☐ Guardian | | am pm | |
| ☐ Guardian Advocate | | am pm | |
| ☐ Representative | | am pm | |
| ☐ Attorney | | am pm | |
| ☐ Health Care Surrogate/Proxy | | am pm | |

See s. 394.459(8), Florida Statutes
CF-MH 3090, Jan 98 (obsoletes previous editions) (Recommended Form)     **BAKER ACT**